1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>        Defendants. | Case No. 3:17-cv-06829-RS<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

     THIS COURT, having considered plaintiff's Motion for a Preliminary Injunction and any opposition thereto,

     IT IS HEREBY ORDERED, this _____ day of _____, 2017, that plaintiff's Motion for Preliminary Injunction is GRANTED.

 

                                                                                      Honorable Richard Seeborg<br>
                                                                                      United States District Court Judge