1  BAKER MARQUART LLP
   BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
2  SCOTT M. MALZAHN (229204)
   (smalzahn@bakermarquart.com)
3  2029 Century Park East, Suite 1600
   Los Angeles, CA 90067
4  Telephone: (424) 652-7814
   Facsimile: (424) 652-7850
5
   COOLEY LLP
6  PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
   JEFFREY M. KABAN (235743) (jkaban@cooley.com)
7  SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
   3175 Hanover Street
8  Palo Alto, CA  94304-1130
   Telephone:   (650) 843-5000
9  Facsimile:   (650) 849-7400

10 DANIEL L. SACHS (294478) (dsachs@cooley.com)
   1299 Pennsylvania Ave. NW Suite 700
11 Washington, DC 20004
   Telephone: (202) 728-7114
12 Facsimile: (202) 842-7899

13 Attorneys for Defendant
   DYNAMIC LEDGER SOLUTIONS, INC., a
14 Delaware corporation.

15

16                    UNITED STATES DISTRICT COURT

17                  NORTHERN DISTRICT OF CALIFORNIA

18                     SAN FRANCISCO DIVISION

19 ANDREW OKUSKO, individually and on          Case No.  3:17-cv-06829-RS
   behalf of all others similarly situated,
20                                              **NOTICE OF APPEARANCE OF DANIEL L.**
                   Plaintiff,                   **SACHS ON BEHALF OF DEFENDANT**
21                                              **DYNAMIC LEDGER SOLUTIONS, INC.**
            v.
22
   DYNAMIC LEDGER SOLUTIONS, INC.,              Judge:     Hon. Richard Seeborg
23 THE TEZOS FOUNDATION, KATHLEEN
   BREITMAN, ARTHUR BREITMAN, and
24 TIMOTHY DRAPER,

25                 Defendants.

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLEASE TAKE NOTICE** that Daniel L. Sachs of the law firm Cooley LLP, who is registered for CM/EFC and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter.  Effective immediately, please add Daniel L. Sachs as an attorney to be noticed on all matters at the following address:

> Daniel L. Sachs
> COOLEY LLP
> 1299 Pennsylvania Ave. NW Suite 700
> Washington, DC 20004
> Telephone: (202) 728-7114
> Facsimile: (202) 842-7899
>
> Email: dsachs@cooley.com

Dated:  December 5, 2017                    COOLEY LLP

/s/ Daniel L. Sachs
Daniel L. Sachs (294478)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a
Delaware corporation