| Attorney or Party without Attorney:<br>Rosemary M. Rivas, Esq., Bar #209147<br>Levi & Korsinsky, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, CA 94104<br>Telephone No: 415-291-2420   FAX No: 415-484-1294 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Andrew Okusko, et al.
Defendant: Dynamic Ledger Solutions, Inc., et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>17CV06829SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Plaintiff's Certification of Interested Entities or Persons; Civil Cover Sheet; Notice of Assignment to Judge Susan Illston; Administrative Motion to Consider Whether Cases Should be Related; Declaration of Rosemary Rivas; [Proposed] Order Granting Administrative Motion to Relate Cases; General Order re CMC; Judge Illston's Standing Order; Standing Order for All Judges - Contents of Joint Case Management Statement

3. a. Party served:           Dynamic Ledger Solutions, Inc.
   b. Person served:          Gary Damiani, Person Authorized to Accept Service

4. Address where the party was served:   Harvard Business Services, Inc.
   16192 Coastal Highway
   Lewes, DE  19958

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Dec. 01, 2017 (2) at: 9:28AM

7. *Person Who Served Papers:*
   a. Kelsey Slater
   b. **Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of DELAWARE that the foregoing is true and correct.

   12/5/17  (Date)     Kelsey Slater (Signature)

8. STATE OF DELAWARE, COUNTY OF __Sussex__

Subscribed and sworn to (or affirmed) before me on this 5th day of December, 2017 by Kelsey Slater

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

KARIN M. JOENSEN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on October 27, 2018

AFFIDAVIT OF SERVICE
Summons & Complaint

(Notary Signature)

roriv.172965