| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com) |
| | 2029 Century Park East, Suite 1600 |
| 3 | Los Angeles, CA 90067 |
| | Telephone:   (424) 652-7814 |
| 4 | Facsimile:   (424) 652-7850 |
| 5 | Attorneys for Defendants |
| | DYNAMIC LEDGER SOLUTIONS, INC., |
| 6 | a Delaware Corporation, |
| | KATHLEEN BREITMAN, and ARTHUR BREITMAN |
| 7 | |
| 8 | COOLEY LLP |
| | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| 9 | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| 10 | 3175 Hanover Street |
| | Palo Alto, CA  94304-1130 |
| 11 | Telephone:   (650) 843-5355 |
| | Facsimile:   (650) 618-0387 |
| 12 | |
| | COOLEY LLP |
| 13 | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| | 1299 Pennsylvania Ave. NW Suite 700 |
| 14 | Washington, DC 20004 |
| | Telephone:   (202) 728-7114 |
| 15 | Facsimile:   (202) 842-7899 |
| 16 | Attorneys for Defendant |
| | DYNAMIC LEDGER SOLUTIONS, INC., |
| 17 | a Delaware Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No.  3:17-cv-06829-RS |
| Plaintiff, | **JOINT STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING TIME FOR DYNAMIC LEDGER SOLUTIONS, KATHLEEN BREITMAN AND ARTHUR BREITMAN TO RESPOND TO COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND
CASE NO. 3:17-CV-06829

1    Defendant Dynamic Ledger Solutions, Inc. ("DLS"), Defendants Kathleen Breitman, and Arthur Breitman (together, the "Breitman Defendants"), and plaintiff Andrew Okusko ("Okusko") (collectively, the "Appearing Parties") stipulate pursuant to Civil L. R. 6-1(a) and 6-1(b) to extend the time for DLS and the Breitman Defendants to respond to the putative class action complaint (the "Okusko Complaint") (Dkt. No. 1) filed in the above-captioned action (the "Instant Action") and to the Motion for Preliminary Injunction (Dkt. No. 9) as follows:

WHEREAS, on November 28, 2017, Okusko filed the Okusko Complaint alleging violations of the Securities Act;

WHEREAS, Securities Act claims brought as class actions pursuant to the Federal Rules of Civil Procedure may be subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act ("PSLRA").  *See* 15 U.S.C. § 77z-1;

WHEREAS, on December 1, 2017, Okusko served Defendant DLS with the Summons and Complaint in the Instant Action;

WHEREAS, on December 4, 2017, Okusko filed a Motion for Preliminary Injunction against DLS, the Breitman Defendants, and the Tezos Foundation;

WHEREAS, the Breitman Defendants had not been served with the Complaint at the time the Motion for Preliminary Injunction was filed;

WHEREAS, the Breitman Defendants have agreed to waive service as of the date of this Stipulation;

WHEREAS, the Appearing Parties have met and conferred and agree that DLS and the Breitman Defendants should respond to the Motion for Preliminary Injunction on the same schedule, and have thus agreed that the Appearing Parties' deadline for the filing of an opposition to Okusko's pending Motion for Preliminary Injunction should be extended until December 29, 2017, and the deadline for Okusko's reply should be extended to January 5, 2018;

WHEREAS, the Appearing Parties request that the Motion for Preliminary Injunction be heard on January 11, 2018, as originally noticed;

WHEREAS, DLS and the Breitman Defendants agree not to raise this extension of time as a defense to Okusko's pending Motion for Preliminary Injunction, and Okusko agrees not raise it as a

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND
CASE NO. 3:17-CV-06829

rebuttal to any arguments raised or as a reason to grant the proposed Preliminary Injunction;

WHEREAS, these extensions will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, there have not been any previous time modifications in this case.

NOW, THEREFORE, the Appearing Parties, hereby stipulate as follows:

1. DLS and the Breitman Defendants shall not be required to move to dismiss or otherwise respond to the Okusko Complaint filed in the Instant Action until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative.  Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2. DLS and the Breitman Defendants' opposition to Okusko's Motion for Preliminary Injunction will be due on December 29, 2017.

3. Okusko's reply brief will be due on January 5, 2018.

4. The hearing on the Motion for Motion for Preliminary Injunction shall be heard on January 11, 2018, as originally noticed.

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND
CASE NO. 3:17-CV-06829

Dated: December 14, 2017

| **LEVI & KORSINSKY, LLP** | **BAKER MARQUART LLP** |
|---|---|

| */s/ Rosemary M. Rivas* | */s/ Brian E. Klein* |
|---|---|
| Rosemary M. Rivas (209147) | Brian E. Klein (258486) |

|  |  |
|---|---|
| Attorneys for Plaintiff ANDREW OKUSKO | Attorneys for Defendant DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation, KATHLEEN BREITMAN, and ARTHUR BREITMAN |

**COOLEY LLP**

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (183174)

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,
a Delaware Corporation

### **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: December 14, 2017         COOLEY LLP

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4.

JOINT STIPULATION EXTENDING TIME FOR
DEFENDANTS TO RESPOND
CASE NO. 3:17-CV-06829

**PROPOSED ORDER**

Based on the Stipulation submitted by the parties, and good cause being shown therefore, the court hereby GRANTS the Appearing Parties' Stipulation. The Court hereby orders as follows:

1. DLS and the Breitman Defendants shall not be required to move to dismiss or otherwise respond to the Okusko Complaint filed in the Instant Action until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative. Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

2. DLS and the Breitman Defendants' opposition to Okusko's Motion for Preliminary Injunction shall be due on December 29, 2017.

3. Okusko's reply brief shall be due on January 5, 2018.

4. The hearing on the Motion for Motion for Preliminary Injunction shall be heard on January 11, 2018, as originally noticed.

**IT IS SO ORDERED.**

Dated: December 15, 2017

_____
Hon. Richard Seeborg
United States District Court Judge