| Attorney or Party without Attorney: <br> Rosemary M. Rivas, Esq., Bar #209147 <br> Levi & Korsinsky, LLP <br> 44 Montgomery Street, Suite 650 <br> San Francisco, CA 94104 <br> Telephone No: 415-291-2420   FAX No: 415-484-1294 <br> Ref. No. or File No.: <br> Attorney for: Plaintiff | For Court Use Only |
|---|---|––|

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of California

Plaintiff: Andrew Okusko, et al.
Defendant: Dynamic Ledger Solutions, Inc., et al.

| **PROOF OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 17CV06829SI |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Plaintiff's Certification Of Interested Entities Or Persons; Civil Cover Sheet; Notice Of Assignment To Judge Susan Illston; Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Rosemary Rivas; [Proposed] Order Granting Administrative Motion To Relate Cases; General Order Re Cmc; Judge Illston's Standing Order; Standing Order For All Judges - Contents Of Joint Case Management Statement; Plaintiff's Notice Of Motion And Motion For Preliminary Injunction (Case #17-Cv-06829-Si); Memorandum In Support Of Motion; Declaration Of Rosemary M. Rivas; Proposed Order

3. a. Party served:      Timothy Draper
   b. Person served:    Party in item 3a

4. Address where the party was served:   172 Elena Avenue
                                          Atherton, CA 94027

5. I served the party:
   b. **by substituted service.** On: Mon., Dec. 11, 2017 at: 9:14AM by leaving the copies with or in the presence of:
      Melissa Draper, Spouse / Co-Occupant, Caucasian, Female, 60 Years Old, Gray & Brown Hair, Brown Eyes, 5 Feet 8 Inches, 140 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Gonzalo Andy Lazalde                            d. *The Fee for Service was:*
   b. Class Action Research & Litigation              e. I am: (3) registered California process server
      P O Box 740                                          (i)   Independent Contractor
      Penryn, CA 95663                                     (ii)  Registration No.:    1357
   c. (916) 663-2562, FAX (916) 663-4955                   (iii) County:              San Francisco

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Mon, Dec. 11, 2017

                                                                                    (Gonzalo Andy Lazalde)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   Summons & Complaint                                          roriv.172969

| Attorney or Party without Attorney:<br>Rosemary M. Rivas, Esq., Bar #209147<br>Levi & Korsinsky, LLP<br>44 Montgomery Street, Suite 650<br>San Francisco, CA  94104<br>Telephone No: 415-291-2420    FAX No: 415-484-1294<br><br>Ref. No or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | |
| Plaintiff: Andrew Okusko, et al. | |
| Defendant: Dynamic Ledger Solutions, Inc., et al. | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>17CV06829SI |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the Summons In A Civil Action; Class Action Complaint; Plaintiff's Certification Of Interested Entities Or Persons; Civil Cover Sheet; Notice Of Assignment To Judge Susan Illston; Administrative Motion To Consider Whether Cases Should Be Related; Declaration Of Rosemary Rivas; [Proposed] Order Granting Administrative Motion To Relate Cases; General Order Re Cmc; Judge Illston's Standing Order; Standing Order For All Judges - Contents Of Joint Case Management Statement; Plaintiff's Notice Of Motion And Motion For Preliminary Injunction (Case #17-Cv-06829-Si); Memorandum In Support Of Motion; Declaration Of Rosemary M. Rivas; Proposed Order

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:       Mon., Dec. 11, 2017
   b. Place of Mailing:      Penryn, CA  95663
   c. Addressed as follows:  Timothy Draper
                             172 Elena Avenue
                             Atherton, CA  94027

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Dec. 11, 2017 in the ordinary course of business.

5. Person Serving:                                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Andrea  Brennan                          d. *The Fee for Service was:*
   b. Class Action Research & Litigation       e. I am: (3) registered California process server
      P O Box 740                                     (i)   Employee
      Penryn, CA  95663                               (ii)  Registration No.:    2005-27
   c. (916) 663-2562, FAX (916) 663-4955              (iii) County:              Sacramento

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Mon, Dec. 11, 2017

                                                                            *(signature)* (Andrea Brennan)

**Judicial Council Form**                    **PROOF OF SERVICE**
Rule 2.150.(a)&(b) Rev January 1, 2007            **By Mail**                                    roriv.172969