Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>     Defendants. | Case No. 3:17-cv-06829-RS<br><br>**CLASS ACTION**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:      January 11, 2018<br>Time:     1:30 p.m.<br>Judge:    Hon. Richard Seeborg<br>Crtrm.:   3, 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Andrew Okusko ("Plaintiff"), by and through his respective attorneys, hereby withdraws his Motion for Preliminary Injunction (the "Injunction Motion") (Dkt. No. 9) without prejudice. In support of this withdrawal, Plaintiff states:

On December 4, 2017, Plaintiff filed his Injunction Motion seeking to preliminarily enjoin Defendants Dynamic Ledger Solutions, Inc., The Tezos Foundation (the "Foundation"), Kathleen Breitman, and Arthur Breitman from transferring or dissipating assets raised in connection with the Tezos ICO, including, but not limited to, Bitcoin, Ether, and any other assets that Defendants have since purchased with funds raised in the Tezos ICO.

Counsel for Plaintiff and the Foundation have met and conferred concerning service of process on the Foundation and Plaintiff's Injunction Motion.  Plaintiff agreed to withdraw his Injunction Motion without prejudice and the Foundation agreed to waive service of the summons.  On December 22, 2017, counsel for the Foundation executed the Waiver of the Service of Summons.

Pursuant to Local Rule 7-7(e), Plaintiff respectfully requests the Injunction Motion be taken off-calendar.

Respectfully submitted,

Dated: December 26, 2017

**LEVI & KORSINSKY, LLP**

By: _/s/ Rosemary M. Rivas_
Rosemary M. Rivas
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*

**PROOF OF SERVICE**

I hereby certify that on December 26, 2017, I authorized the electronic filing of the foregoing:

1.  NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List maintained by this Court, and I hereby certify that I caused to be mailed these documents via the United States Postal Service to the following defendant:

Neil A. Potischman
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, CA 94025

Counsel for Defendant Tezos Foundation

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on December 26, 2017, in San Francisco, California.

_/s/ Rosemary M. Rivas_
Rosemary M. Rivas