CHRISTOPHER L. WANGER (Bar No. CA 164751)
cwanger@manatt.com
ANA G. GUARDADO (Bar No. CA 286732)
AGuardado@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474

Attorneys for Defendant
TIMOTHY DRAPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829<br><br>**NOTICE OF APPEARANCE OF ANA G. GUARDADO ON BEHALF OF DEFENDANT TIMOTHY DRAPER** |

1        PLEASE TAKE NOTICE that Ana G. Guardado of the law firm Manatt, Phelps &

2  Phillips, LLP, who is registered for CM/ECF and admitted to the Northern District of California,

3  enters her appearance as counsel of record on behalf of Timothy Draper in the above-captioned

4  matter.  Effective immediately, please add Ana G. Guardado as an attorney to be noticed on all

5  matters at the following address:

6

7        Ana G. Guardado
          MANATT, PHELPS & PHILLIPS, LLP

8        One Embarcadero Center, 30th Floor
          San Francisco, CA 94111

9        Telephone:   (415) 291-7400
          Fax:        (415) 291-7474

10       Email:      AGuardado@manatt.com

11  Dated:  December 29, 2017            MANATT, PHELPS & PHILLIPS, LLP

12

13                        By:  /s/ Ana G. Guardado

14                           Ana G. Guardado
                           Attorneys for Defendant
                           TIMOTHY C. DRAPER

15

16

17  319628778.1

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance of
Ana G. Guardado
Case No. 3:17-cv-06829

2