CHRISTOPHER L. WANGER (Bar No. CA 164751)
cwanger@manatt.com
ANA G. GUARDADO (Bar No. CA 286732)
aguardado@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center
30th Floor
San Francisco, CA  94111
Telephone:  (415) 291-7400
Facsimile:   (415) 291-7474

Attorneys for Defendant
TIMOTHY DRAPER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829<br><br>**JOINT STIPULATION EXTENDING TIME FOR TIMOTHY DRAPER TO RESPOND TO COMPLAINT** |

Defendant Timothy Draper ("Draper") and plaintiff Andrew Okusko ("Okusko") (collectively, the "Appearing Parties") stipulate pursuant to Civil L. R. 6-1(a) to extend the time for Draper to respond to the putative class action complaint ("Complaint"), filed in the above-captioned action (the "Instant Action"), as follows:

WHEREAS, on November 28, 2017, Okusko filed the Complaint alleging violations of the Securities Act;

WHEREAS, Securities Act claims brought as class actions pursuant to the Federal Rules of Civil Procedure may be subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act ("PSLRA"). See 15 U.S.C. § 77z-1;

WHEREAS, Okusko filed a proof of service stating that he served Draper with the Summons and Complaint in the Instant Action by substitute service on December 11, 2017;

WHEREAS, on December 14, 2017, Okusko, and defendant Dynamic Ledger Solutions, Inc. ("DLS"), and defendants Kathleen Breitman and Arthur Breitman ("Breitman Defendants"), agreed and stipulated that DLS and the Breitman Defendants shall not be required to move to dismiss or otherwise respond to the Complaint filed in the Instant Action until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative;

WHEREAS, the Appearing Parties have met and conferred and agree that Draper should respond to the Complaint on the same schedule as DLS and the Breitman Defendants;

WHEREAS, these extensions will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, Draper has not obtained any previous time modifications in this case.

NOW, THEREFORE, the Appearing Parties hereby stipulate as follows:

Draper may but shall not be required to move to dismiss or otherwise respond to the Complaint filed in the Instant Action until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative. Pursuant to Civil L. R. 6-1(a),

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION EXTENDING TIME FOR DRAPER
TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-06829

2

this paragraph shall be effective upon the filing of this Stipulation with the Court.

**IT IS SO STIPULATED.**

Dated:  December 29, 2017

| LEVI & KORSINSKY, LLP | MANATT, PHELPS & PHILLIPS, LLP |
|---|---|
| /s/ Rosemary M. Rivas<br>Rosemary M. Rivas<br>Attorneys for Plaintiff<br>ANDREW OKUSKO | /s/ Ana G. Guardado<br>Christopher L. Wanger<br>Ana G. Guardado<br>Attorneys for Defendant<br>TIMOTHY C. DRAPER |

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Ana G. Guardado hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  December 29, 2017                                         MANATT, PHELPS & PHILLIPS, LLP

/s/ Ana G. Guardado
Ana G. Guardado

319648232.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION EXTENDING TIME FOR DRAPER
TO RESPOND TO COMPLAINT
CASE NO. 3:17-CV-06829

3