1  CHRISTOPHER L. WANGER (Bar No. CA 164751)
   cwanger@manatt.com
2  ANA G. GUARDADO (Bar No. CA 286732)
   AGuardado@manatt.com
3  MANATT, PHELPS & PHILLIPS, LLP
   One Embarcadero Center
4  30th Floor
   San Francisco, CA  94111
5  Telephone:  (415) 291-7400
   Facsimile:   (415) 291-7474
6
7  Attorneys for Defendant
   TIMOTHY DRAPER

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829<br><br>**NOTICE OF APPEARANCE OF CHRISTOPHER L. WANGER ON BEHALF OF DEFENDANT TIMOTHY DRAPER** |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF APPEARANCE OF
CHRISTOPHER L. WANGER
CASE NO. 3:17-CV-06829

1

PLEASE TAKE NOTICE that Christopher L. Wanger of the law firm Manatt, Phelps & Phillips, LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc. in the above-captioned matter.  Effective immediately, please add Christopher L. Wanger as an attorney to be noticed on all matters at the following address:

Christopher L. Wanger
MANATT, PHELPS & PHILLIPS, LLP
One Embarcadero Center, 30th Floor
San Francisco, CA 94111
Telephone:   (415) 291-7400
Fax:              (415) 291-7474
Email:          CWanger@manatt.com

Dated:  December 29, 2017                    MANATT, PHELPS & PHILLIPS, LLP

                                              By: /s/ Christopher L. Wanger
                                                  Christopher L. Wanger
                                                  Attorneys for Defendant
                                                  TIMOTHY C. DRAPER

319628740.1

NOTICE OF APPEARANCE OF
CHRISTOPHER L. WANGER
CASE NO. 3:17-CV-06829

2