BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,
a Delaware Corporation,
KATHLEEN BREITMAN, and ARTHUR BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-RS<br><br>**NOTICE OF APPEARANCE OF BRIAN E. KLEIN** |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Brian E. Klein of the law firm Baker Marquart LLP, who

3  is registered for CM/ECF and admitted to the Northern District of California, enters his appearance

4  as counsel of record on behalf of Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur

5  Breitman in the above-captioned matter.  Effective immediately, please add Brian E. Klein as the

6  lead attorney to be noticed on all matters at the following address:

7      Brian E. Klein

8      BAKER MARQUART LLP

9      2029 Century Park East, Sixteenth Floor

10     Los Angeles, CA 90067

11     Telephone: (424) 652-7800

12     Facsmile: (424) 652-7850

13     E-Mail: bklein@bakermarquart.com

15 Dated:  January 3, 2018     Respectfully Submitted,

16     BAKER MARQUART LLP

18     By:  /s/ Brian E. Klein
    Brian E. Klein
19     Attorneys for Defendant
    DYNAMIC LEDGER SOLUTIONS, INC., a
20     Delaware corporation, KATHLEEN
    BREITMAN, and ARTHUR BREITMAN