BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204) (smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone: (424) 652-7814
Facsimile: (424) 652-7850

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.,
a Delaware Corporation,
KATHLEEN BREITMAN, and ARTHUR BREITMAN

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

COOLEY LLP
DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone: (202) 728-7114
Facsimile: (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-RS<br><br>**NOTICE OF APPEARANCE OF SCOTT M. MALZAHN** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Scott M. Malzahn of the law firm Baker Marquart LLP, who is registered for CM/ECF and admitted to the Northern District of California, enters his appearance as counsel of record on behalf of Dynamic Ledger Solutions, Inc., Kathleen Breitman and Arthur Breitman in the above-captioned matter.  Effective immediately, please add Scott M. Malzahn as the attorney to be noticed on all matters at the following address:

    Scott M. Malzahn

    BAKER MARQUART LLP

    2029 Century Park East, Sixteenth Floor

    Los Angeles, CA 90067

    Telephone: (424) 652-7800

    Facsmile: (424) 652-7850

    E-Mail: smalzahn@bakermarquart.com

Dated:  January 3, 2018

Respectfully Submitted,

BAKER MARQUART LLP

By: /s/ Scott M. Malzahn
    Scott M. Malzahn
    Attorneys for Defendant
    DYNAMIC LEDGER SOLUTIONS, INC., a
    Delaware corporation, KATHLEEN
    BREITMAN, and ARTHUR BREITMAN