```
1   Rosemary M. Rivas (State Bar No. 209147)
    Email: rrivas@zlk.com
2   **LEVI & KORSINSKY, LLP**
    44 Montgomery Street, Suite 650
3   San Francisco, California 94104
    Telephone: (415) 291-2420
4   Facsimile: (415) 484-1294

5   Eduard Korsinsky (to be admitted *pro hac vice*)
    Email: ek@zlk.com
6   **LEVI & KORSINSKY, LLP**
    30 Broad Street, 24th Floor
7   New York, New York 10004
    Telephone: (212) 363-7500
8   Facsimile: (212) 636-7171

9   *Counsel for Plaintiff Andrew Okusko*
```

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-RS<br><br>**CLASS ACTION**<br><br>**NOTICE OF ATTACHMENT TO APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

Attached hereto is a true and correct copy of a certificate of good standing in support of Donald J. Enright's Application for Admission of Attorney Pro Hac Vice filed on December 18, 2017 (Dkt. No. 20).

Dated: January 9, 2018                                **LEVI & KORSINSKY, LLP**

By: */s/ Donald J. Enright*
Donald J. Enright
1101 30th Street, NW, Suite 115
Washington, DC 20007
Email: denright@zlk.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Telephone: (202) 524-4292
Facsimile: (202) 333-2121

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted pro hac vice)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## DONALD ENRIGHT

was on **MAY 3, 1999** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **DECEMBER 20, 2017**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk