BAKER MARQUART LLP
BRIAN E. KLEIN (258486) (bklein@bakermarquart.com)
SCOTT M. MALZAHN (229204)
(smalzahn@bakermarquart.com)
2029 Century Park East, Suite 1600
Los Angeles, CA 90067
Telephone:   (424) 652-7814
Facsimile:    (424) 652-7850

COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JEFFREY M. KABAN (235743) (jkaban@cooley.com)
SAMANTHA A. KIRBY (307917) (skirby@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:   (650) 843-5355
Facsimile:    (650) 618-0387

COOLEY LLP
DANIEL L. SACHS (294478) (dsachs@cooley.com)
1299 Pennsylvania Ave. NW Suite 700
Washington, DC 20004
Telephone:   (202) 728-7114
Facsimile:    (202) 842-7899

Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No.  3:17-cv-06829-RS<br><br>**DYNAMIC LEDGER SOLUTIONS, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-15**<br><br>Judge:  Hon. Richard Seeborg |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

DLS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO.: 3:17-CV-06829-RS

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Draper Associates V Crypto LLC is a shareholder of Defendant Dynamic Ledger Solutions, Inc.

Dated: January 9, 2018        BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated: January 9, 2018        COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated: January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

DLS' CERTIFICATION OF INTERESTED
ENTITIES OR PERSONS
CASE NO.: 3:17-CV-06829-RS