| | |
|---|---|
| 1 | BAKER MARQUART LLP |
| | BRIAN E. KLEIN (258486) (bklein@bakermarquart.com) |
| 2 | SCOTT M. MALZAHN (229204) |
| | (smalzahn@bakermarquart.com) |
| 3 | 2029 Century Park East, Suite 1600 |
| | Los Angeles, CA 90067 |
| 4 | Telephone:   (424) 652-7814 |
| | Facsimile:    (424) 652-7850 |
| 5 | |
| | COOLEY LLP |
| 6 | PATRICK E. GIBBS (183174) (pgibbs@cooley.com) |
| | JEFFREY M. KABAN (235743) (jkaban@cooley.com) |
| 7 | SAMANTHA A. KIRBY (307917) (skirby@cooley.com) |
| | 3175 Hanover Street |
| 8 | Palo Alto, CA  94304-1130 |
| | Telephone:   (650) 843-5355 |
| 9 | Facsimile:    (650) 618-0387 |
| | |
| 10 | COOLEY LLP |
| | DANIEL L. SACHS (294478) (dsachs@cooley.com) |
| 11 | 1299 Pennsylvania Ave. NW Suite 700 |
| | Washington, DC 20004 |
| 12 | Telephone:   (202) 728-7114 |
| | Facsimile:    (202) 842-7899 |
| 13 | |
| | Attorneys for Defendant |
| 14 | DYNAMIC LEDGER SOLUTIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | | Case No.  3:17-cv-06829-RS |
| Plaintiff, | | **DYNAMIC LEDGER SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | | Judge:  Hon. Richard Seeborg |
| Defendants. | | |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dynamic Ledger Solutions, Inc. ("DLS") makes the following disclosures through its undersigned counsel:

DLS does not have any parent corporation. No publicly held corporation owns 10 percent or more of DLS' stock.

Dated:       January 9, 2018            BAKER MARQUART

/s/ *Brian E. Klein*
Brian E. Klein (258486)

Dated:       January 9, 2018            COOLEY LLP

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)
Attorneys for Defendant
DYNAMIC LEDGER SOLUTIONS, INC.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Patrick E. Gibbs hereby attests that concurrence in the filing of this document has been obtained from all signatories above.

Dated:       January 9, 2018

/s/ *Patrick E. Gibbs*
Patrick E. Gibbs (183174)