Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
         serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF NEAL A. POTISCHMAN** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendant Tezos Foundation (the "Foundation").  The Foundation objects to the assertion of personal jurisdiction and the laying of venue in this Court.  Accordingly, the Foundation does not waive, and expressly reserves, all available defenses, including those relating to personal jurisdiction and venue.  The Foundation respectfully requests that all pleadings and other documents be addressed to and served upon Neal A. Potischman using the contact information set forth below.

>  Neal A. Potischman
>  DAVIS POLK & WARDWELL LLP
>  1600 El Camino Real
>  Menlo Park, California 94025
>  Telephone: (650) 752-2000
>  Facsimile: (650) 752-2111
>  Email: neal.potischman@davispolk.com

Dated:  January 24, 2018                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:  */s/ Neal A. Potischman*
     Neal A. Potischman (SBN 254862)
     Serge A. Voronov (SBN 298655)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California  94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email:      neal.potischman@davispolk.com
                 serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*