Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone: (650) 752-2000
Facsimile:  (650) 752-2111
Email: neal.potischman@davispolk.com
         serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829-RS |
| Plaintiff, | **NOTICE OF APPEARANCE OF SERGE A. VORONOV** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      PLEASE TAKE NOTICE THAT Serge A. Voronov of the law firm of Davis Polk &

3  Wardwell LLP hereby appears in this action as counsel on behalf of Defendant Tezos Foundation

4  (the "Foundation").  The Foundation objects to the assertion of personal jurisdiction and the laying

5  of venue in this Court.  Accordingly, the Foundation does not waive, and expressly reserves, all

6  available defenses, including those relating to personal jurisdiction and venue.  The Foundation

7  respectfully requests that all pleadings and other documents be addressed to and served upon Serge

8  A. Voronov using the contact information set forth below.

        Serge A. Voronov
        DAVIS POLK & WARDWELL LLP
        1600 El Camino Real
        Menlo Park, California 94025
        Telephone: (650) 752-2000
        Facsimile: (650) 752-2111
        Email: serge.voronov@davispolk.com

Dated:  January 24, 2018          Respectfully Submitted,

                DAVIS POLK & WARDWELL LLP

                By:  */s/ Serge A. Voronov*
                      Neal A. Potischman (SBN 254862)
                      Serge A. Voronov (SBN 298655)
                      DAVIS POLK & WARDWELL LLP
                      1600 El Camino Real
                      Menlo Park, California  94025
                      Telephone: (650) 752-2000
                      Facsimile:  (650) 752-2111
                      Email:  neal.potischman@davispolk.com
                              serge.voronov@davispolk.com

                    *Attorneys for Defendant Tezos Foundation*