Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California  94025
Telephone:  (650) 752-2000
Facsimile:   (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>　　　　　　Defendants. | Case No. 3:17-cv-06829-RS<br><br>**DEFENDANT TEZOS FOUNDATION'S L.R. 3-15 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  January 24, 2018                    Respectfully Submitted,

DAVIS POLK & WARDWELL LLP


By:   */s/ Neal A. Potischman*
       Neal A. Potischman (SBN 254862)
       Serge A. Voronov (SBN 298655)
       DAVIS POLK & WARDWELL LLP
       1600 El Camino Real
       Menlo Park, California  94025
       Telephone:  (650) 752-2000
       Facsimile:  (650) 752-2111
       Email:     neal.potischman@davispolk.com
                  serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*