Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
           serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829-RS |
| Plaintiff, | **DEFENDANT TEZOS FOUNDATION'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| v. | |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tezos Foundation (the "Foundation") makes the following disclosures through its undersigned counsel:

The Foundation is an autonomous legal entity organized under Swiss law and supervised by the Swiss Federal Foundation Supervisory Authority.  A Swiss foundation does not have shareholders or owners.  Hence, the Foundation has no parent company, and no publicly held corporation owns 10% or more of the Foundation.

Dated:  January 24, 2018            Respectfully Submitted,

DAVIS POLK & WARDWELL LLP

By:  */s/ Neal A. Potischman*
     Neal A. Potischman (SBN 254862)
     Serge A. Voronov (SBN 298655)
     DAVIS POLK & WARDWELL LLP
     1600 El Camino Real
     Menlo Park, California  94025
     Telephone: (650) 752-2000
     Facsimile:  (650) 752-2111
     Email:      neal.potischman@davispolk.com
                serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*