Neal A. Potischman (SBN 254862)
Serge A. Voronov (SBN 298655)
DAVIS POLK & WARDWELL LLP
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com
       serge.voronov@davispolk.com

*Attorneys for Defendant Tezos Foundation*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>  Defendants. | Case No. 3:17-cv-06829-RS<br><br>**JOINT STIPULATION EXTENDING TIME FOR TEZOS FOUNDATION TO RESPOND TO COMPLAINT** |

Defendant Tezos Foundation (the "Foundation") and plaintiff Andrew Okusko ("Okusko") (collectively, the "Appearing Parties") stipulate pursuant to Civil L. R. 6-1(a) to extend the time for the Foundation to respond to the putative class action complaint (the "Complaint"), filed in the above-captioned action (the "Instant Action"), as follows:

WHEREAS, on November 28, 2017, Okusko filed the Complaint alleging violations of the Securities Act;

WHEREAS, the claims under the Securities Act of 1933 that Okusko seeks to bring on behalf of a putative class may be subject to the lead plaintiff provisions of the Private Securities Litigation Reform Act, *see* 15 U.S.C. § 77z-1;

WHEREAS, in order to avoid motion practice with respect to the issue of service, the Foundation agreed to waive service of the Complaint on December 22, 2017 (ECF No. 21);

WHEREAS, in accordance with the terms of that waiver, the Foundation's time to move to dismiss or otherwise respond to the Complaint is currently February 19, 2018;

WHEREAS, on December 14, 2017, Okusko and defendants Dynamic Ledger Solutions, Inc. ("DLS") and Kathleen Breitman and Arthur Breitman (the "Breitman Defendants") agreed and stipulated that DLS and the Breitman Defendants shall not be required to move to dismiss or otherwise respond to the Complaint filed in the Instant Action until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or notice stating that lead plaintiff designates a previously filed complaint as operative;

WHEREAS, on December 29, 2017, Okusko and defendant Timothy Draper ("Draper") agreed and stipulated that Draper should respond to the Complaint on the same schedule as DLS and the Breitman Defendants;

WHEREAS, the Appearing Parties have met and conferred and agree that the Foundation should respond to the Complaint on the same schedule as DLS, the Breitman Defendants, and Draper;

WHEREAS, the Foundation does not consent to, and in fact contests, the Court's exercise of personal jurisdiction over it as well as the propriety of venue of this action;

WHEREAS, this extension will not alter the date of any event or any deadline already fixed by order of this Court; and

WHEREAS, the Foundation has not obtained any previous time modification in this case.

NOW, THEREFORE, the Appearing Parties hereby stipulate as follows:

The Foundation may but shall not be required to move to dismiss or otherwise respond to the Complaint filed until 30 days after the Court appoints a lead plaintiff and lead counsel, and lead plaintiff files and serves a consolidated complaint or a notice stating that lead plaintiff designates a previously filed complaint as operative. Pursuant to Civil L. R. 6-1(a), this paragraph shall be effective upon the filing of this Stipulation with the Court.

**IT IS SO STIPULATED.**

Dated: January 24, 2018

| LEVI & KORSINSKY, LLP | DAVIS POLK & WARDWELL LLP |
|---|---|
| /s/ Rosemary M. Rivas | /s/ Neal A. Potischman |
| Rosemary M. Rivas | Neal A. Potischman |
|  | Serge A. Voronov |
| Attorneys for Plaintiff | |
| ANDREW OKUSKO | Attorneys for Defendant |
|  | TEZOS FOUNDATION |

### **FILER'S ATTESTATION**

Pursuant to Civil L. R. 5-1(i)(3), regarding signatures, Neal A. Potischman hereby attests that concurrence in the filing of the document has been obtained from all of the signatories above.

Dated:  January 24, 2018            /s/ Neal A. Potischman
                                    Neal A. Potischman