UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>Defendants. | Case No. 3:17-cv-06829-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Edmund Polubinski III, an active member in good standing of the bars of New York and Massachusetts, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant Tezos Foundation in the above-entitled action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>edmund.polubinski@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar numbers are:

- State of New York:           3022332
- State of Massachusetts:      643548

True and correct copies of certificates of good standing or equivalent official document from said bars are attached to this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the
2  Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.

4  *I declare under penalty of perjury that the foregoing is true and correct.*

5

6  Dated:   January 24, 2018                              */s/ Edmund Polubinski III*
7                                                                          APPLICANT

8

9                                ORDER GRANTING APPLICATION
10                         FOR ADMISSION OF ATTORNEY PRO HAC VICE

11  IT IS HEREBY ORDERED THAT the application of Edmund Polubinski III is granted,
12  subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must
13  indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-
14  counsel designated in the application will constitute notice to the party.

15

16  Dated: _____
                                                    UNITED STATES DISTRICT/MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

# Appellate Division of the Supreme Court of the State of New York
# First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## EDMUND POLUBINSKI, III

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 4, 2000**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 29, 2017

_Clerk of the Court_

8531

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **January** A.D. **2000**, said Court being the highest Court of Record in said Commonwealth:

## Edmund Polubinski III

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **December** in the year of our Lord **two thousand and seventeen.**

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.
X3116