1
2
3
4
5
6
7

8
## UNITED STATES DISTRICT COURT

9
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
## SAN FRANCISCO DIVISION

11

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated, | Case No. 3:17-cv-06829-RS |
| Plaintiff, | **CLASS ACTION** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY** |
| DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN,  and TIMOTHY DRAPER, | |
| Defendants. | Date:      February 29, 2018<br>Time:      1:30 p.m.<br>Judge:     Hon. Richard Seeborg<br>Crtrm.:    3, 17th Floor |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY

This matter comes before the Court on the motion of Plaintiff Andrew Okusko ("Plaintiff") for an Order pursuant to Federal Rule of Civil Procedure 26(d)(1) permitting Plaintiff expedited discovery before the parties' Rule 26(f) conference.

Having reviewed the materials submitted and being fully advised, the Court GRANTS Plaintiff's motion as follows:

1.     Plaintiff may serve immediately the document requests as detailed in Exhibit 1, attached to the Declaration of Donald J. Enright to this Motion, on Defendants Dynamic Ledger Solutions, Inc. and the Tezos Foundation;

2.     Defendants Dynamic Ledger Solutions, Inc. and the Tezos Foundation shall produce documents responsive to Plaintiff's document requests by _____, 2018; and

3.     Defendants Dynamic Ledger Solutions, Inc. and the Tezos Foundation shall produce for deposition one officer, director, or managing agent, or other persons who consent to testify on their behalf about information known or reasonably available to each organization regarding the matters identified in Exhibit 1, attached to the Declaration of Donald J. Enright to this Motion, on Defendants Dynamic Ledger Solutions, Inc. and the Tezos Foundation by _____, 2018.

SO ORDERED.


Dated: _____                    _____
                                         The Hon. Richard Seeborg
                                         United States District Court Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY