UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>       Defendants. | Case No. 3:17-cv-06829-RS<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3)** |

I, Andrew S. Gehring, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Defendant Tezos Foundation in the above-entitled action. My local co-counsel in this case is Neal A. Potischman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, New York 10017 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Davis Polk & Wardwell LLP<br>1600 El Camino Real<br>Menlo Park, California 94025 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(212) 450-4000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 752-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>andrew.gehring@davispolk.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>neal.potischman@davispolk.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is 4788659.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

1    *I declare under penalty of perjury that the foregoing is true and correct.*

2

3    Dated:   <u>January 24, 2018</u>              <u>/s/ Andrew S. Gehring</u>
                                                    APPLICANT
4

5

6                        ORDER GRANTING APPLICATION
                   FOR ADMISSION OF ATTORNEY PRO HAC VICE
7

8          IT IS HEREBY ORDERED THAT the application of Andrew S. Gehring is granted,

9    subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must

10   indicate appearance *pro hac vice*.  Service of papers upon, and communications with, local co-

11   counsel designated in the application will constitute notice to the party.

12

13   Dated:   <u>1/25/18</u>                    _____

14                                      UNITED STATES DISTRICT/MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*PRO HAC VICE* APPLICATION & ORDER
CASE NO. 3:17-CV-06829-RS