Rosemary M. Rivas (State Bar No. 209147)
Email: rrivas@zlk.com
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, California 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Donald J. Enright (admitted *pro hac vice*)
Email: denright@zlk.com
**LEVI & KORSINSKY, LLP**
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

Eduard Korsinsky (to be admitted *pro hac vice*)
Email: ek@zlk.com
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREW OKUSKO, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DYNAMIC LEDGER SOLUTIONS, INC., THE TEZOS FOUNDATION, KATHLEEN BREITMAN, ARTHUR BREITMAN, and TIMOTHY DRAPER,<br><br>　　　　　Defendants. | Case No. 3:17-cv-06829-RS<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF WITHDRAWAL OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY**<br><br>Date:　　　February 29, 2018<br>Time:　　　1:30 p.m.<br>Judge:　　　Hon. Richard Seeborg<br>Crtrm.:　　　3, 17th Floor |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Andrew Okusko ("Plaintiff"), by and through his respective attorneys, hereby withdraws his Motion for Expedited Discovery (the "Motion to Expedite") (ECF No. 41) without prejudice. In support of this withdrawal, Plaintiff states:

Prior to Plaintiff filing his Motion to Expedite and unbeknownst to Plaintiff, this Court issued an Order Denying Motion for Expedited Discovery in the related action entitled *MacDonald v. Dynamic Ledger Solutions, Inc., et al.*, Case No. 3:17cv-07095-RS (MacDonald Action, ECF No. 69), in which plaintiff MacDonald requested substantially similar expedited discovery as Plaintiff.

Therefore, pursuant to Local Rule 7-7(e), Plaintiff respectfully requests the Motion to Expedite be taken off-calendar.

Respectfully submitted,

Dated: January 25, 2018     **LEVI & KORSINSKY, LLP**

By:  */s/ Donald J. Enright*
Donald J. Enright (admitted *pro hac vice*)
1101 30th St., NW, Ste. 115
Washington, DC 20007
Telephone: (202) 524-4292
Facsimile: (202) 333-2121

Rosemary M. Rivas
**LEVI & KORSINSKY, LLP**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 291-2420
Facsimile: (415) 484-1294

Eduard Korsinsky (to be admitted *pro hac vice*)
**LEVI & KORSINSKY, LLP**
30 Broad Street, 24th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 636-7171

*Counsel for Plaintiff Andrew Okusko*